IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAREY STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3027 |
| | ) | |
| v. | ) | |
| | ) | |
| GERICO MARKETING SERVICES, and | ) | ORDER |
| GERIANNE KROON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by March 17, 2006, file their Report of Parties' Planning Conference.

DATED February 28, 2006.

  /s/   *David L. Piester*
United States Magistrate Judge