```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

CAREY STEPHENSON,                  )
                                   )
              Plaintiff,           )         4:06CV3027
                                   )
         v.                        )
                                   )
GERICO MARKETING SERVICES,         )            ORDER
and GERIANNE KROON,                )
                                   )
              Defendants.          )
                                   )
```

IT IS ORDERED:

The joint oral motion of counsel is granted, and the deadline for filing the parties' Rule 26 planning conference report is extended to March 24, 2006.

DATED this 16th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge