```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

CAREY STEPHENSON,                )
                                 )
             Plaintiff,          )         4:06CV3027
                                 )
        v.                       )
                                 )
GERICO MARKETING SERVICES,       )         ORDER
and GERIANNE KROON,              )
                                 )
             Defendants.         )
                                 )
```

IT IS ORDERED:

The plaintiff's unopposed oral motion for a continuance is granted, and the deadline for filing the parties' Rule 26 planning conference report is extended to March 31, 2006.

DATED this 24th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge