IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAREY STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3027 |
| | ) | |
| v. | ) | |
| | ) | |
| GERICO MARKETING SERVICES, | ) | ORDER |
| and GERIANNE KROON, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the defendant's unopposed oral motion,

IT IS ORDERED:  The telephonic planning conference with the undersigned magistrate judge, previously scheduled for August 2, 2006 at 9:00 a.m., is continued to August 14, 2006 at 10:30 a.m. Plaintiff's counsel shall initiate the call.

DATED this 27th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge