IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAREY STEPHENSON, | ) | CASE NO.  4:06CV3027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED ORDER |
| vs. | ) | SETTING SCHEDULE FOR |
| | ) | PROGRESSION OF CASE |
| GERICO MARKETING SERVICES, | ) | |
| INC., a Nebraska corporation, and | ) | |
| GERIANNE KROON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on the parties' Joint Motion for Extension, filing 24. For the reasons stated in the Motion, the Court determines that it should be and hereby is GRANTED.

IT THEREFORE HEREBY IS ORDERED:

1. The deposition deadline is continued from October 25, 2006 to December 22, 2006, and all deadlines of the court's prior scheduling order (filing 22) based on the deposition deadline are extended accordingly.

2. The summary judgment deadline is continued from October 2, 2006 to December 1, 2006.

3. The pretrial conference, previously scheduled for November 2, 2006, is continued to January 11, 2006 at 11:00 a.m., and all deadlines of the court's prior scheduling order (filing 22) based on the date of the pretrial conference are extended accordingly.

4. The deadline for the parties' report to the undersigned regarding mediation is continued to November 17, 2006.

5. Jury trial is set to commence, at the court's call, during the week of January 29, 2006 for three days, in Lincoln, Nebraska, before the Honorable Richard G. Kopf, United States District Judge. Jury selection shall be at the commencement of trial.

6. All other deadlines and provisions of the August 14, 2006 Order Setting Schedule for Progression of Case, filing 22, remain in effect.

DATED this 27th day of September, 2006.

>BY THE COURT:
>
>s/ *David L. Piester*
>David L. Piester
>United States Magistrate Judge