IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| CAREY STEPHENSON,<br><br>               Plaintiff,<br><br>vs.<br><br>GERICO MARKETING SERVICES,<br>INC., a Nebraska corporation, and<br>GERIANNE KROON,<br><br>               Defendants. | CASE NO. 4:06CV3027<br><br>ORDER NUNC PRO TUNC |

      Paragraph 5 of the court's prior order amending the progression schedule, filing 25, is corrected as follows:

    5.      Jury trial is set to commence, at the court's call, during the week of January 29, <u>2007</u> for three days, in Lincoln, Nebraska, before the Honorable Richard G. Kopf, United States District Judge. Jury selection shall be at the commencement of trial.

      DATED this 28th day of September, 2006.

                                          BY THE COURT:

                                          s/ *David L. Piester*

                                          David L. Piester
                                          United States Magistrate Judge