IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CAREY STEPHENSON,            )
                             )
          Plaintiff,         )        4:06CV3027
                             )
     v.                      )
                             )
GERICO MARKETING SERVICES,   )        MEMORANDUM AND ORDER
et al.,                      )
                             )
          Defendants.        )
                             )

Defendant has filed a motion seeking additional time, to December 18, to file a motion for summary judgment. The motion states that defendant's counsel believes that plaintiff's responses to outstanding discovery requests "may provide a basis for Defendants to file a motion for summary judgment on at least one of Plaintiff's claims."

Permitting the filing of a motion for summary judgment at this late date would provide the court with too little time to decide it. The pretrial conference is scheduled for January 11, 2007, before the proposed summary judgment motion would even be "ripe" for decision, and the trial is set for the week of January 29, 2007, only two weeks after the proposed "ripe" date, assuming no extensions. With the possibility of the filing of a motion being only speculative, and the fact that the proposed motion would apparently not be case dispositive in any event, it appears the matter should simply go forward on the present schedule.

IT THEREFORE HEREBY IS ORDERED, the motion for extension of time, filing 27, is denied.

DATED this 4th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

2