IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAREY STEPHENSON, | ) | CASE NO.  4:06CV3027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SECOND AMENDED ORDER** |
| vs. | ) | **SETTING SCHEDULE FOR** |
| | ) | **PROGRESSION OF CASE** |
| GERICO MARKETING SERVICES, | ) | |
| INC., a Nebraska corporation, and | ) | |
| GERIANNE KROON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on the parties' Joint Motion for Extension, filing 29.  For the reasons stated in the Motion, the Court determines that it should be and hereby is GRANTED.

IT THEREFORE HEREBY IS ORDERED:

1. The deposition deadline is continued from December 22, 2006 to February 19, 2007, and all deadlines of the Court's prior scheduling order (filing 22) based on the deposition deadline are extended accordingly.

2. The summary judgment deadline is continued from December 1, 2006 to January 29, 2007.

3. The pretrial conference, previously scheduled for January 11, 2007 is continued to May 3, 2007, at 10:30 a.m., and all deadlines of the Court's prior scheduling order (filing 22) based on the date of the pretrial conference are extended accordingly.

4. The deadline for the parties' report to the undersigned regarding mediation is continued to January 29, 2007.

5. Jury trial is set to commence, at the Court's call, during the week of May 21, 2007 for three days, in Lincoln, Nebraska, before the Honorable Richard G. Kopf, United States District Judge. Jury selection shall be at the commencement of trial.

6. All other deadlines and provisions of the August 14, 2006 Order Setting Schedule for Progression of Case, filing 22, remain in effect.

DATED this 20th day of December, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge