```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CAREY STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3027 |
| | ) | |
| v. | ) | |
| | ) | |
| GERICO MARKETING SERVICES, | ) | MEMORANDUM AND ORDER |
| Inc., A Nebraska Corporation, | ) | |
| and GERIANNE KROON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court has been advised that scanning errors occurred during the electronic filing of plaintiff's brief, filing 38. Plaintiff's counsel promptly advised the court of this error and emailed a true and correct copy of the actual brief to defendants' counsel and the court. To clarify the court's record,

IT IS ORDERED:

1. The plaintiff's brief, filing 38, is stricken.

2. On or before 5:00 p.m. today, counsel for the plaintiff shall re-file plaintiff's brief in opposition to defendants' motion to compel.

3. Provided plaintiff's brief is timely re-filed in accordance with this order, the brief will be deemed filed on February 5, 2007, and any responsive reply brief and index of evidence shall be filed no later than February 15, 2007.

DATED this 6th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge