IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAREY STEPHENSON, | ) | CASE NO. 4:06CV3027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GERICO MARKETING SERVICES, | ) | |
| INC., a Nebraska corporation, and | ) | |
| GERIANNE KROON, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER came before the Court on Defendants' Motion, filing 42, to Withdraw Motion to Compel. For the reasons stated in the Motion, the Court determines that it should be and hereby is GRANTED.

IT THEREFORE IS ORDERED that defendant's motion, filing 42, is granted and defendants' Motion to Compel (filing 32) is withdrawn.

DATED this 15th day of February, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge