IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAREY STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3027 |
| | ) | |
| v. | ) | |
| | ) | |
| GERICO MARKETING SERVICES, | ) | ORDER |
| Inc., A Nebraska Corporation, | ) | |
| and GERIANNE KROON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. Defendant's unopposed motion to extend the deadline for responding to the plaintiff's motion to compel, filing 51, is granted.

2. The defendant shall respond to plaintiff's motion to compel, filing 46, on or before March 16, 2007.

DATED this 8th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge