```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CAREY STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3027 |
| | ) | |
| v. | ) | |
| | ) | |
| GERICO MARKETING SERVICES, | ) | MEMORANDUM AND ORDER |
| INC., A Nebraska Corporation, | ) | |
| and GERIANNE KROON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has filed a motion to compel discovery. In the brief in support of the motion, plaintiff's counsel indicates that the attorneys resolved some of the matters in dispute, but not all of them. On the other hand, defendant's response to the motion states that all requested information has been provided. The court is not able to determine whether the motion has been resolved or not. I shall direct counsel to inform me of what remains to be decided.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff's counsel is given until April 17, 2007 to file a statement either that all disputed matters have been resolved by counsel, or alternatively, stating what specific matters remain in dispute, in the absence of which the motion to compel, filing 46, will stand denied.

DATED this 10th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge