IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAREY STEPHENSON, | ) | CASE NO. 4:06 CV 3027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| GERICO MARKETING SERVICES, | ) | |
| INC., A Nebraska Corporation, | ) | |
| and  GERIANNE KROON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the parties' joint stipulation of dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that Plaintiff's Amended Complaint and all claims asserted therein should be dismissed, with prejudice, and each party shall bear her or its own attorneys' fees and costs, except as may be otherwise provided in the confidential written settlement agreement between and among the parties. To the extent the confidential written settlement agreement entered into by the parties may provide for any party to make any payment toward the attorneys' fees and/or costs of any other party, such payment may and shall be paid directly between the parties, rather than through the Clerk of this Court.  The Court retains jurisdiction over the parties and this proceeding for the limited purpose of enforcing the parties' settlement agreement.

August 2, 2007              BY THE COURT:

*s/Richard G. Kopf*
United States District Judge